AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stong, Elizabeth S. | U.S. Bankruptcy Court, EDNY | 10/03/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court - EDNY
271 Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Audit Committee Member | NY City Bar Association |
| 2. | Member | ABA Standing Committee on Federal Judicial Improvements |
| 3. | Council Member, Audit Committee Member | American Law Institute |
| 4. | Co-Chair ABA Relations Committee | ABA Business Law Section |
| 5. | Senior Advisory Board Member | Harvard Law School Association |
| 6. | Board Member | International Insolvency Institute |
| 7. | Board Member | New York Law Instituute |
| 8. | Chair International Judicial Relations Committee | National Conference of Bankruptcy Judges |
| 9. | Executive Committee Member | ABA Judicial Division National Conference of Federal Trial Judges |
| 10. | Board Member, Executive Committee Member, Chair Programs and Pubs Committee | Practising Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 10/03/2014 |

2. _____

3. _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | St. John's University School of Law - teaching | $6,000.00 |
| 2. | 2013 | Brooklyn Law School - teaching | $11,000.00 |
| 3. | 2013 | Fordham Law School - teaching | $800.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Federal Reserve Bank of New York retirement benefit (spouse) |
| 2. | 2013 | HSBC Technology and Services Inc. (salary) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 10-13, 2013 | Kiawah Island, SC | ABA Business Law Section meeting | transportation, meals, lodging |
| 2. | American Law Institute | January 17-18, 2013 | Philadelphia, PA | ALI Council Meeting | transportation, meals, lodging |
| 3. | PRIME Finance | January 26-29, 2013 | The Hague, Netherlands | PRIME Finance conference | transportation, meals, lodging |
| 4. | American Bar Association and New York State Bar Association | February 5-12, 2013 | Dallas, TX | ABA Midyear Meeting | transportation, meals, lodging |
| 5. | American Bar Association | April 2-4, 2013 | Chicago, IL | ABA Midyear meeting | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 10/03/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bar Association | April 4-6, 2013 | Washiongton, DC | ABA Business Law Section meeting | transportation, meals, lodging |
| 7. | American Law Institute | April 11-12, 2013 | Philadelphia, PA | ALI Advisory meeting | transportation, meals, lodging |
| 8. | American Bankruptcy Institute | April 18-19, 2013 | National Harbor, MD | ALI conference | transportation, meals, lodging |
| 9. | New York State Bar Association | May 3-5, 2013 | Saratoga Springs, NY | NYSBA Commercial Federal Litigation Meeting | transportation, meals, lodging |
| 10. | Bankruptcy Bar Association - Southern District of Florida | May 9-12, 2013 | Palm Beach, FL | BBA conference | transportation, meals, lodging |
| 11. | American Law Institute | May 19-20, 2013 | Washiongton, DC | ALI Annual meeting | transportation, meals, lodging |
| 12. | International Bar Association | May 21-24, 2013 | Zurich, Switzerland | IBA bar leaders conference | transportation, meals, lodging |
| 13. | INSOL | June 12-13, 2013 | Sao Paulo, Brazil | INSOL conference | transportation, meals, lodging |
| 14. | Canadian Council of Judicial Mediation | June 19-21, 2013 | Calgary, Camda | CCMJ conference | transportation, meals, lodging |
| 15. | World Justic Forum | July 6-14, 2013 | The Hauge, Netherlands | WJF conference | transportation, meals, lodging |
| 16. | American Bar Association | August 4-14, 2013 | San Francisco, CA | ABA Annual meeting | transportation, meals, lodging |
| 17. | International Judicial Academy | October 6-11, 2013 | Casablanca, Moroco | IJA workshop | transportation, meals, lodging |
| 18. | American Bar Association, National Conference of Bankruptcy Judges | October 30 - November 1, 2013 | Atlanta, GA | ABA and NCBJ conference | transportation, meals, lodging |
| 19. | World Bank | November 4-5, 2013 | Washington, DC | World Bank mediation guide launch | transportation, meals, lodging |
| 20. | University Club - Toronto | November 6-7, 2013 | Toronto, CA | Judicial forum | transportation, meals, lodging |
| 21. | Aspen Institue | November 7-8, 2013 | Washington, DC | Justice and Society Program conference | transportation, meals, lodging |
| 22. | American Bar Association | November 21-22, 2013 | Washington, DN | ABA Law Section meeting | transportation, meals, lodging |
| 23. | American Bar Association | November 15-16, 2012 | Philadelphia, PA | ABA Business Law Section | transportation, meals, lodging |
| 24. | Turnaround Management Association - Brazil | November 24-25, 2013 | Sao Paulo, Brazil | TMA conference | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 10/03/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 10/03/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan accounts | A | Interest | O | T | | | | | |
| 2. Citibank accounts | D | Interest | O | T | | | | | |
| 3. HSBC accounts | A | Interest | N | T | | | | | |
| 4. Teachers Credit Union accounts | B | Interest | K | T | | | | | |
| 5. Fidelity Tax Free NY Insured Bond Fund | D | Dividend | N | T | | | | | |
| 6. AT&T Corp. common stock | B | Dividend | K | T | | | | | |
| 7. ExxonMobil Corp. common stock | B | Dividend | L | T | | | | | |
| 8. Comcast Corp. common stock | A | Dividend | J | T | | | | | |
| 9. Sovereign BK FSB DE CD | A | Interest | | | Redeemed | 01/31/13 | M | | |
| 10. Bank of China - NY CD | A | Interest | | | Redeemed | 05/09/13 | M | | |
| 11. Bank India NY CD | A | Interest | | | Redeemed | 03/20/13 | M | | |
| 12. Fifth Third BK OH CD | A | Interest | M | T | Buy | 02/27/13 | M | | |
| 13. Bank Baroda NY CD | A | Interest | | | Buy | 03/15/13 | M | | |
| 14. Bank Baroda NY CD | A | Interest | | | Buy | 09/16/13 | M | | |
| 15. Bank Baroda NY CD | A | Interest | | | Redeemed | 09/25/13 | M | | |
| 16. Bank India NY CD | A | Interest | M | T | Buy | 10/09/13 | M | | |
| 17. Bank Baroda NY CD | A | Interest | | | Redeemed | 12/13/13 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 10/03/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   State Bank India NY CD | A | Interest | M | T | Buy | 12/13/13 | M | | |
| 19.   Suffolk Cnty NY Water Auth Wtrwks Rev | A | Interest | | | Redeemed | 06/13/13 | K | | |
| 20.   New York St Twy Auth Gen Rev SER F | B | Interest | K | T | | | | | |
| 21.   New York St Environ Facs | B | Interest | K | T | | | | | |
| 22.   Rockland Cnty NY Var Purp | A | Interest | K | T | | | | | |
| 23.   New York NY Rfdg-SER G | A | Interest | K | T | | | | | |
| 24.   Triborough Brdg & Tunl Auth NY Revs | B | Interest | K | T | | | | | |
| 25.   Great Neck North Wtr Auth Wtr Sys Rev | B | Interest | K | T | | | | | |
| 26.   East Hampton Twn NY Var Purp | A | Interest | K | T | | | | | |
| 27.   Nassau Cnty NY Gen Impt-SER E | A | Interest | K | T | | | | | |
| 28.   Western Asset Instl Liquid Res | A | Dividend | K | T | | | | | |
| 29.   WF&G DC Plan-Legal Serv Pers-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 30.   WF&G 401K Plan-Scudder Stable Value Fund | C | Dividend | N | T | | | | | |
| 31.   Farm Property, Lawrence County, Pennsylvania | B | Rent | M | W | | | | | |
| 32.   Rental Property, Kings County, New York | E | Rent | N | W | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stong, Elizabeth S. | 10/03/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Elizabeth S. Stong**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544